# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00738-CR

**Amie June Wilson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 61624, HONORABLE FANCY JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Amie June Wilson seeks to appeal a judgment revoking community supervision. The trial court has certified that Wilson waived her right of appeal. The clerk's record includes a written waiver of the right to appeal, signed by Wilson and her attorney. A valid waiver of appeal prevents a defendant from appealing without the consent of the trial court. *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   February 4, 2011

Do Not Publish